JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE PATRICELLI, | Case No. 2:15-cv-05169-SVW (Ex) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:15-cv-05169-SVW (Ex), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated:  September 25, 2015

_____
Hon. Stephen V. Wilson
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

145333.1

1

Case No.  2:15-cv-05169-SVW (Ex)
ORDER GRANTING STIPULATION FOR
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE